# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

REID POTTER,

Plaintiff,

v.

FIRST NATIONAL BANK OF OMAHA, et al.,

Defendants.

Case No. 1:26-cv-3275-KES-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 31)

On August 24, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. ). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Erin Sury Castillo

UNITED STATES MAGISTRATE JUDGE